UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. GLASGOW,<br><br>        Petitioner,<br><br>    v.<br><br>G. D. LEWIS, Warden,<br><br>        Respondent. | No. CV 14-9606 SVW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 12, 2017

_____
STEPHEN V. WILSON
United States District Judge