UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. GLASGOW,<br><br>    Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,<br><br>    Respondent. | Case No. CV 14-9606 SVW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), petitioner's objections to the Report, and the response to petitioner's objections filed by respondent. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing the Petition with prejudice.

DATED: April 17, 2019

                                                STEPHEN V. WILSON
                                                United States District Judge