UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. GLASGOW,<br><br>   Petitioner,<br><br>  v.<br><br>DEBBIE ASUNCION, Warden,<br><br>   Respondent. | No. CV 14-9606 SVW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 17, 2019

                STEPHEN V. WILSON
               United States District Judge